**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **Rachael Z. James,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 10-0504-CV-W-JTM** |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse and Remand*, filed February 28, 2011 [Doc. 13]. Plaintiff opposes remand and requests that the Court reverse the decision of the Commissioner and award benefits without remand. [Doc. 14] After due consideration of the issues presented, and for good cause appearing, it is

**ORDERED** that the *Defendant's Motion To Reverse and Remand*, filed February 28, 2011 [Doc. 13] is **GRANTED** and this matter is **REVERSED AND REMANDED** to the Commissioner under sentence 4 of 42 U.S.C. §405(g) for action consistent with that set forth in defendant's motion to remand.

          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**