# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Rachael Z. James, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-504-CV-W-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access To Justice Act, Or Alternatively, Pursuant to 42 U.S.C. §406(b),* filed April 8, 2011 [Doc. 16]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access To Justice Act, Or Alternatively, Pursuant to 42 U.S.C. §406(b),* filed April 8, 2011 [Doc. 16] is **GRANTED** and plaintiff is awarded EAJA fees in the amount of $6,750.00.

                                                 */s/ John T. Maughmer*
                                                  **JOHN T. MAUGHMER**
                                                  **U. S. MAGISTRATE JUDGE**